IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01044-BNB

ANDREW S. FASTOW,

    Petitioner,

v.

RON WILEY, Warden, Federal Prison Camp at Florence, Colorado,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER

---

This matter is before the court on Petitioner's Motion for Partial Reconsideration of Order on Petitioner's Motion to Seal. On May 13, 2009, I denied Petitioner's Motion to Seal Habeas Corpus Petition and Certain Exhibits. The exhibits Petitioner sought to have sealed included medical records, BOP records, and his presentence report. Petitioner now seeks partial reconsideration of that order with respect to three exhibits-- Exhibits C, D, and E--which include unique identifying information such as Petitioner's date of birth and Social Security Number, and personal information about Petitioner's family. Petitioner has submitted redacted versions of Exhibits C, D, and E with the motion for partial reconsideration. Upon receipt of the motion for partial reconsideration, the court has sealed the unredacted versions of Exhibits C, D, and E that were filed in this action on May 5, 2009.

The motion for partial reconsideration is granted. The unredacted versions of Exhibits C, D, and E filed on May 5, 2009, will remain sealed. Accordingly, it is

ORDERED that the Motion for Partial Reconsideration of Order on Petitioner's Motion to Seal filed on May 15, 2009, is GRANTED.

DATED May 15, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01044-BNB

Norman R. Mueller
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/15/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk